JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ACADIA SENESE (CABN 251287)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-6809
    Fax: (415) 436-7234
    Email: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-1193 MPH |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 21, 2009 TO JANUARY 25, 2010 |
| DAVID A. PESCE, ) | |
|     Defendant. ) | |

On December 21, 2009, the parties in this case appeared before the Honorable Joseph C. Spero for an Initial Appearance on the Indictment. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from December 21, 2009 to January 25, 2010 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed

//

//

//

Stipulation and [Proposed] Order
CR No. 09-1193 MPH
                            1

the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED:   12/22/09                             /s/
                                            ACADIA SENESE
                                            Special Assistant United States Attorney

DATED:   12/22/09                             /s/
                                            ELIZABETH FALK
                                            Attorney for David A. Pesce

    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from December 21, 2009 to January 25, 2010, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED:   1/13/2010                            _____
                                            THE HON. JOSEPH C. SPERO
                                            United States Magistrate Judge