JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ACADIA SENESE (CABN 251287)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-6809
    Fax:  (415) 436-7234
    Email: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 09-1193 MHP |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 25, 2010 TO MARCH 8, 2010 |
| DANIEL A. PESCE, ) | |
|     Defendant. ) | |

    On January 25, 2010, the parties in this case appeared before the Honorable Marilyn H. Patel for a status appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from January 25, 2010 to March 8, 2010 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    The parties also agreed that the ends of justice served by granting such a continuance

//

//

//

Stipulation and [Proposed] Order
CR No. 09-1193 MHP                   1

1  outweighed the best interests of the public and the defendants in a speedy trial.  <u>See</u> 18 U.S.C. §
2  3161(h)(7)(A).
3  IT IS SO STIPULATED:
4                                                                    JOSEPH P. RUSSONIELLO
                                                                     United States Attorney
5
6  DATED:    1/25/10                              _____/s/_____
                                                                     ACADIA SENESE
7                                                                    Special Assistant United States Attorney
8
   DATED:    3/8/10                               _____/s/_____
9                                                                    ELIZABETH FALK
                                                                     Attorney for Daniel A. Pesce
10
11     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from January
12  25, 2010 to March 8, 2010, under 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).
13
14  IT IS SO ORDERED.
15
16  DATED:  3/16/2010
                                                                     _____
17                                                                   THE HON. [signature: Judge Marilyn H. Patel]
                                                                     United States District Judge
18

Stipulation and [Proposed] Order
CR No. 09-1193 MHP                                2