1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone:(415) 436-6809
7       Fax:  (415) 436-7234
        Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 09-1193 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT FROM MARCH 8, |
| DANIEL A. PESCE, | ) | 2010 TO APRIL 19, 2010 |
| | ) | |
| | ) | |
| Defendant. | ) | |

   On March 8, 2010, the parties in this case appeared before the Honorable Marilyn H. Patel for a status appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from March 8, 2010 to April 19, 2010 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   The parties also agreed that the ends of justice served by granting such a continuance

//

//

//

Stipulation and [Proposed] Order
CR No. 09-1193 MHP                         1

1  outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §
2  3161(h)(7)(A).
3  IT IS SO STIPULATED:

4                                                JOSEPH P. RUSSONIELLO
                                                  United States Attorney
5
6  DATED:     3/9/10                     _____/s/_____
                                                  ACADIA SENESE
7                                                Special Assistant United States Attorney

8  DATED:     3/9/10                     _____/s/_____
9                                                ELIZABETH FALK
                                                  Attorney for Daniel A. Pesce
10
11     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from March 8,
12  2010 to April 19, 2010, under 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).
13
14  IT IS SO ORDERED.
15
16  DATED:  3/16/2010

*[Signed and stamped: IT IS SO ORDERED, Judge Marilyn H. Patel, United States District Court, Northern District of California]*

Stipulation and [Proposed] Order
CR No. 09-1193 MHP                     2