1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,              ) CR No. 09-1193 MHP
                                            )
14 |        Plaintiff,                      )
                                            )   STIPULATION AND [PROPOSED]
15 |   v.                                   )   ORDER EXCLUDING TIME UNDER THE
                                            )   SPEEDY TRIAL ACT FROM MAY 17,
16 | DANIEL A. PESCE,                       )   2010 TO JUNE 28, 2010
                                            )
17 |                                        )
            Defendant.                      )
18 |                                        )

19      On May 17, 2010, the parties in this case appeared before the Honorable Marilyn H. Patel for

20 a status appearance.  At that time, the parties stipulated that time should be excluded from the

21 Speedy Trial Act calculation from May 17, 2010 to June 28, 2010 for effective preparation of

22 defense counsel. The parties also stipulated that time should be excluded for defense counsel to

23 review the defendant's lengthy medical records and conduct a mental examination. See 18

24 U.S.C. § 3161(h)(A). The parties represented that granting the continuance was for the

25 reasonable time necessary for effective preparation of defense counsel, taking into account the

26 exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

27      The parties also agreed that the ends of justice served by granting such a continuance

28 //

Stipulation and [Proposed] Order
CR No. 09-1193 MHP                              1

1  outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §
2  3161(h)(7)(A).
3
4  IT IS SO STIPULATED:
5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6
7  DATED:     5/17/10                  _____/s/_____
                                           ACADIA SENESE
8                                          Special Assistant United States Attorney
9
   DATED:     5/17/10                  _____/s/_____
10                                         ELIZABETH FALK
                                           Attorney for Daniel A. Pesce
11
12
   DATED:     5/17/10                  _____/s/_____
13                                         DANIEL A. PESCE
14
        IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from May 17,
15
   2010 to June 28, 2010, under 18 U.S.C. § 3161(h)(A), 18 U.S.C. § 3161(h)(7)(A), and 18 U.S.C.
16
   § 3161(h)(7)(B)(iv).
17
18
   IT IS SO ORDERED.
19
20
   DATED:   5/14/2010
21                                         _____
                                           THE HONORABLE
22                                         United States District Judge
                                           (Judge Marilyn H. Patel)
23
24
25
26
27
28

Stipulation and [Proposed] Order
CR No. 09-1193 MHP                          2