```
BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PESCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL PESCE,<br><br>　　　　　　　Defendant. | No. CR 09-1193 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS**<br><br>Date:　August 27, 2010<br>Time:　10:30 a.m.<br>Court:　The Honorable Joseph C. Spero |

<u>STIPULATION</u>

The parties agree, with the consent of Pretrial Services Officer Victoria Gibson, that Mr. Daniel Pesce's bond conditions be modified to allow him to leave Cornell Corrections for the purposes of 1) attending church services on Sunday at the direction of Pretrial Services, and 2) to swim and/or otherwise stretch and exercise at the Charles Kroc Salvation Army Community Center on Turk Street for 2 hours a day, three times a week, also at the direction of Pretrial Services, for the purpose of aiding his back rehabilitation.

IT IS SO STIPULATED

DATED:　August 26, 2010　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　ELIZABETH M. FALK
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 27, 2010 | _____/s/_____<br>ACADIA SENESE<br>Special Assistant United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | DATED: August 27, 2010 | VICTORIA GIBSON<br>United States Pretrial Services Officer |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

[~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, and for good cause shown, it is hereby ORDERED that Mr. Pesce's bond be modified to allow him to leave Cornell Corrections at the direction of Pretrial Services for the purposes of attending Sunday church services, as well as obtaining physical exercise to enable his back rehabilitation for two hours a day, three times a week. Both activities, namely church services and exercise time, shall be allowed at the direction of Pretrial Services, and Mr. Pesce is hereby ORDERED to obtain a specific schedule for such activities from his Pretrial Services officer.

DATED: 08/27/10

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER Re BOND
CONDITIONS: 09-1193 MHP         - 2 -