BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PESCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-1193 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER CONTINUING |
| | ) | RESTITUTION HEARING |
| DANIEL PESCE, | ) | |
| | ) | Date:  January 10, 2011 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Court: The Honorable Marilyn |
| | ) | Hall Patel |

## STIPULATION

The parties agree to continue the restitution hearing in the above-captioned matter from January 10, 2011 until January 31, 2011 at 10:00 a.m. The purpose of the continuance is to allow defense counsel to confer with the Probation Office and the government regarding whether or not the United States intends to pursue restitution in the matter and/or the victim in this matter intends to pursue restitution. United States Probation Officer Teresa Hoffman has been contacted by defense counsel, and has no objection to moving the date of this hearing to January 31, 2011.

IT IS SO STIPULATED.


DATED:   1/7/11                                  _____/S/_____
                                                 ELIZABETH M. FALK
                                                 Assistant Federal Public Defender

\\
\\

DATED: 1/7/11

/S/
ACADIA SENESE
Special Assistant United States Attorney

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, and for good cause shown, it is hereby ORDERED that the restitution hearing in this matter be continued from January 10, 2011 to January 31, 2011 at 10:00 a.m.

DATED: January 7, 2011

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP & ORDER CONTINUING
Restitution Hearing
09-1193 MHP                - 2 -